**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-2321**

IONA HOWARD,

        Plaintiff – Appellant,

     v.

AMICA MUTUAL INSURANCE COMPANY,

        Defendant – Appellee,

    and

ROBERT A. DIMUCCIO, CEO Amica Mutual Insurance Company,

        Defendant.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Paul W. Grimm, Senior District Judge.  (8:22-cv-00662-PWG)

Submitted:  July 20, 2023                                        Decided:  August 1, 2023

Before KING, GREGORY, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Iona Howard, Appellant Pro Se. James Michael Connolly, KRAMER & CONNOLLY, Reisterstown, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Iona Howard appeals the district court's order dismissing her civil complaint without prejudice for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Howard v. Amica Mut. Ins. Co.*, No. 8:22-cv-00662-PWG (D. Md. Dec. 9, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*